1 | PAMELA TSAO (SBN: 266734)
2 | ASCENSION LAW GROUP
3 | 12341 Newport Ave.
  | Suite B200
  | North Tustin, CA 92705
4 | PH: 714.783.4220
  | FAX: 888.505.1033
5 | Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHN HO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HO, an individual, | Case No.: 2:23-cv-06675-TJH-JPR |
| Plaintiff, | **NOTICE OF CONDITIONAL SETTLEMENT** |
| vs. | |
| DUEWAY INVESTMENT, LLC, a limited liability company | |
| Defendants. | |

NOTICE OF CONDITIONAL SETTLEMENT
2:23-CV-06675-TJH-JPR

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

In accordance with Local Rule 40-2, Plaintiff hereby submits the Notice of Settlement to notify the Court that the above entitled action has been settled. The Parties have agreed to a settlement in principle but have not yet reduced the material terms into writing. Plaintiff will file a dismissal within 60 days. The court shall retain jurisdiction over the parties to enforce the terms of the settlement.

ASCENSION LAW GROUP, PC

DATE: October 24, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho