1  ASCENSION LAW GROUP
   PAMELA TSAO( 266734)
2  12341 Newport Ave.,
   Suite B200
3  North Tustin, CA 92705
   PH: 714.783.4220
4  FAX: 888.505.1033
   Pamela.Tsao@ascensionlawgroup.com
5
   Attorneys for Plaintiff  JOHN HO
6

7

8              **CENTRAL DISTRICT OF CALIFORNIA**

9

10  JOHN HO, an individual,               )  Case No.: 2:23-cv-06675-TJH-JPR
                                          )
11            Plaintiff,                   )  **PLAINTIFF'S NOTICE OF**
                                          )  **VOLUNTARY DISMISSAL OF**
12       vs.                               )  **ENTIRE ACTION WITH**
                                          )  **PREJUDICE PURSUANT TO**
13                                         )  **FEDERAL RULE OF CIVIL**
    DUEWAY INVESTMENT, LLC, a             )  **PROCEDURE 41(a)(1)**
14  limited liability company             )
                                          )
15                                         )
              Defendants.                 )
16                                         )
                                          )
17                                         )
                                          )
18                                         )
                                          )
19                                         )
                                          )
20                                         )
                                          )
21                                         )
                                          )
22                                         )
                                          )
23
24
25
26
27
28

**PLEASE TAKE NOTICE** that Plaintiff  JOHN HO  ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1), hereby voluntarily dismisses the entire action *with  prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in revelant part:

(a) **Voluntary Dismissal.**

(1) By the Plaintiff.

(A)   *Without a Court Order.*  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant DUEWAY INVESTMENT, LLC, a limited liability company has neither answered Plaintiff's  Complaint, nor filed a motion for summary judgment. Accordingly, Defendant may be dismissed with prejudice and without an Order of the Court.

ASCENSION LAW GROUP, PC

DATE: October 30, 2023

_____/s/ Pamela Tsao_____

Pamela Tsao, attorney for Plaintiff

John Ho